```
BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>           Plaintiff,  ) <br>                        ) <br>      v.                ) <br>                        ) <br>                        ) <br> MANUEL PEREZ-ARREOLA,   ) <br>                        ) <br>           Defendant.   ) <br>                        ) <br> _____) | Case No. 2:12-cr-00343-GEB <br><br> STIPULATION AND ORDER <br> CONTINUING STATUS CONFERENCE <br> DATE AND EXCLUDING TIME <br> UNDER THE SPEEDY TRIAL ACT <br><br> Date:  October 19, 2012 <br> Time:  9:00 a.m. <br> Court: Hon. Garland Burrell |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Manuel Perez-Arreola, on the other hand, through their respective attorneys, that: (1) the presently set October 19, 2012, status conference hearing shall be continued to December 7, 2012, at 9:00 a.m.; and (2) time from the date of the parties' stipulation, October 17, 2012, through, and including, December 7, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING

1

Code T4, to permit continuity of defense counsel and additional time for defense counsel to prepare his client's defense.

Defense counsel represents that: (1) he is currently unavailable for the presently set October 19, 2012, status conference due to a scheduling conflict outside Sacramento County; and (2) he desires additional time to review discovery, conduct legal and factual research, and confer with his client to prepare his client's defense.

Accordingly, the parties stipulate and agree that the Court shall find that: (1) the failure to grant the requested continuance in this case would deny defendant continuity of counsel and deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: October 17, 2012              /s/ Clemente Jimenez
                                     _____
                                     Clemente Jimenez
                                     Attorney for defendant
                                     MANUEL PEREZ-ARREOLA
                                     (per email authorization)

Dated: October 17, 2012              BENJAMIN B. WAGNER
                                     UNITED STATES ATTORNEY

                                     /s/ Samuel Wong
                                By:  _____
                                     SAMUEL WONG
                                     Assistant U.S. Attorney

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant continuity of counsel and deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time beginning from the parties stipulation on October 17, 2012, up to and including the December 7, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defendant continuity of counsel and defense counsel reasonable time to prepare.

Dated:  October 19, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING