CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
MANUEL PEREZ-ARREOLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MANUEL PEREZ-ARREOLA, et al.,<br><br>   Defendants. | Case No.: 12-343 GEB<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   December 6, 2012<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. Garland E. Burrell, Jr. |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Samuel Wong, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant MANUEL PEREZ-ARREOLA, that the status conference scheduled for December 7, 2012, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on January 18, 2013, at 9:00 a.m. for further status conference. Defense counsel desires to conduct further legal research and investigation in this case to properly advise Mr. Perez-Arreola concerning possible defenses and the ramifications of pleading guilty and/or proceeding to trial. Further, the parties require additional time to discuss potential resolution and for defense counsel to confer with Mr. Perez-Arreola regarding how he desires to proceed in the case.

   IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded

from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:   December 5, 2012          /S/     Samuel Wong_____
                                   SAMUEL WONG
                                   Attorney for Plaintiff


                                   /S/     Clemente M. Jiménez_____
                                   CLEMENTE M. JIMÉNEZ
                                   Attorney for Manuel Perez-Arreola

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, December 6, 2012, to and including the new January 18, 2013, status conference hearing date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is further ordered that the December 7, 2012, status conference hearing shall be vacated and, instead, a status conference shall be held on January 18, 2013, at 9:00 a.m.

**Date: 12/6/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge