CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for MANUEL PEREZ-ARREOLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MANUEL PEREZ-ARREOLA,<br><br>Defendant. | Case No.: 2:12-cr-343 TLN<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   June 6, 2013<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Samuel Wong, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant MANUEL PEREZ-ARREOLA, that the status conference scheduled for June 6, 2013, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on July 11, 2013, at 9:30 a.m. for further status conference. Defense has previously requested discovery, which the government advises is forthcoming. Defense counsel will need additional time to review said discovery and confer with Mr. Perez-Arreola.

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the

06/04/13

defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:      June 4, 2013          /S/      Samuel Wong_____
                                  BENJAMIN B. WAGNER
                                  by SAMUEL WONG
                                  Attorney for Plaintiff


                                  /S/      Clemente M. Jiménez_____
                                  CLEMENTE M. JIMÉNEZ
                                  Attorney for Manuel Perez-Arreola

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, June 4, 2013, to and including the new July 11, 2013 status conference hearing date, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the June 6, 2013, status conference hearing shall be vacated and further status conference held on July 11, 2013, at 9:30 a.m.

This 4th day of June, 2013

                                                                              _____
                                                                              Troy L. Nunley
                                                                              United States District Judge