1  BENJAMIN B. WAGNER
United States Attorney
2  SAMUEL WONG
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2772

5  Attorneys for Plaintiff
United States of America
6

7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-343-TLN |
|----|---------------------------|--------------------------|
| 12 | Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING |
| 13 | v. | TIME UNDER THE SPEEDY TRIAL ACT |
| 14 | MANUEL PEREZ-ARREOLA, | Court: Hon. Troy L. Nunley |
| 15 | Defendant. | |

16

17       It is hereby stipulated and agreed by and between plaintiff United States of America, on the one

18  hand, and defendant Manuel Perez-Arreola, on the other hand, through their respective attorneys, that:

19  (1) the presently set November 21, 2013, status conference hearing shall be continued to February 20,

20  2014, at 9:30 a.m.; and (2) time from the date of the parties' stipulation, November 18, 2013, through,

21  and including, February 20, 2014, shall be excluded from computation of time within which the trial of

22  this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and

23  (B)(iv) and Local Code T4, to permit continuity of defense counsel and additional time for defense

24  counsel to prepare his client's defense.

25       Defense counsel represents that: (1) he desires additional time to review discovery, conduct

26  legal and factual research, and confer with his client to prepare his client's defense; and (2) he is

27  currently unavailable in January 2014 due to his need to prepare for, and conduct, other trials.

28       Accordingly, the parties stipulate and agree that the Court shall find that: (1) the failure to grant

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

1

1  the requested continuance in this case would deny defendant continuity of counsel and deny defense
2  counsel reasonable time necessary for effective preparation, taking into account the exercise of due
3  diligence; and (2) the ends of justice served by the granting of such a continuance outweigh the best
4  interests of the public and the defendant in a speedy trial.

Dated:  November 18, 2013          /s/ Carlos Fuentes
                                   _____
                                   CARLOS FUENTES
                                   Attorney for defendant
                                   MANUEL PEREZ-ARREOLA
                                   (Per email authorization)


Dated:  November 18, 2013          BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ Samuel Wong
                            By:    _____
                                   SAMUEL WONG
                                   Assistant U.S. Attorney

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

2

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant continuity of counsel and deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time beginning from the parties' stipulation on November 18, 2013, up to and including the February 20, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T 4, to allow defendant continuity of counsel and defense counsel reasonable time to prepare.

Dated: November 19, 2013

Troy L. Nunley
United States District Judge