**CARLOS FUENTES, 219317**
**Attorney at Law**
1640 N Street, Suite 230
Merced, CA  95340
Telephone:   (209) 383-2997
Facsimile:    (209) 383-2361

Attorney for Manuel Perez -Arreola, Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                               )<br>                          Plaintiff,         )<br>                                                               )<br>                                                               )<br>      vs.                                                 )<br>                                                               )<br> MANUEL PEREZ-ARREOLA,          )<br>                                                               )<br>                          Defendant.      )<br> _____ ) | Case No.:  2:12-CR-343-TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Court: Hon. Troy L. Nunley |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Manuel Perez-Arreola, on the other hand, through their respective attorneys, that: (1) the presently set February 20, 2014, status conference hearing shall be continued to May 1, 2014, at 9:30 a.m.; and (2) time from the date of the parties' stipulation, February 20, 2014, through, and including, May 1, 2014, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, to permit continuity of defense counsel and additional time for defense counsel to prepare his client's defense.

I, Attorney Carlos Fuentes, represents that: (1) I desire additional time to review discovery, conduct legal and factual research, and confer with my client to prepare my client's defense; (2) the government has been given defense discovery they need to review and (3) I am currently unavailable February through April 2014 due to preliminary hearings and trials that I need to prepare for.

Accordingly, the parties stipulate and agree that the Court shall find that: (1) the failure to grant the requested continuance in this case would deny defendant continuity of counsel and deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated this 14th day of February, 2014          ____/s/ Carlos Fuentes_____
                                               CARLOS FUENTES,
                                               Attorney for MANUEL PEREZARREOLA,
                                                                    defendant

Dated this 14th day of February, 2014          BENJAMIN B. WAGNER
                                               United States Attorney


                                               ___/s/ Samuel Wong_____
                                               SAMUEL WONG,
                                               Assistant U.S. Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant continuity of counsel and deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time beginning from the parties' stipulation on February 20, 2014, up to and including the May 1, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T 4, to allow defendant continuity of counsel and defense counsel reasonable time to prepare.

Dated:  February 18, 2014

_____
Troy L. Nunley
United States District Judge