1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2772

5  Attorneys for Plaintiff
   United States of America
6

7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

| 11  UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-343-TLN |
|---|---|
| 12           Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| 13     v. | |
| 14  MANUEL PEREZ-ARREOLA, | Court: Hon. Troy L. Nunley |
| 15           Defendant. | |

16

17       It is hereby stipulated and agreed by and between plaintiff United States of America, on the one

18  hand, and defendant Manuel Perez-Arreola, on the other hand, through their respective attorneys, that:

19  (1) the presently set June 19, 2014, status conference hearing shall be continued to August 7, 2014, at

20  9:30 a.m.; and (2) time from the date of the parties' stipulation, June 17, 2014, through, and including,

21  August 7, 2014, shall be excluded from computation of time within which the trial of this matter must be

22  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local

23  Code T4, to permit continuity of defense counsel and additional time for defense counsel to prepare his

24  client's defense.

25       Defense counsel represents that: (1) he desires additional time to review discovery, conduct

26  legal and factual research, confer with his client to prepare his client's defense, and explain to his client

27  the ramifications of settling this case versus the risks of proceeding to trial; and (2) he is currently

28  unavailable the week of June 16, 2014 due to his need to prepare for, and participate in a trial in another

STIPULATION AND ORDER                            1
CONTINUING STATUS CONFERENCE

case.

Accordingly, the parties stipulate and agree that the Court shall find that: (1) the failure to grant the requested continuance in this case would deny defendant continuity of counsel and deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  June 17, 2014            /s/ Carlos Fuentes
                                 _____
                                 CARLOS FUENTES
                                 Attorney for defendant
                                 MANUEL PEREZ-ARREOLA
                                 (Per email authorization)

Dated:  June 17, 2014            BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Samuel Wong
                         By:     _____
                                 SAMUEL WONG
                                 Assistant U.S. Attorney

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

2

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant continuity of counsel and deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time beginning from the parties' stipulation on June 17, 2014, up to and including the August 7, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T 4, to allow defendant continuity of counsel and defense counsel reasonable time to prepare.

Dated: June 19, 2014

Troy L. Nunley
United States District Judge